**Christopher McDonnell, Esq.**
**ATTORNEY FOR PLAINTIFF**
**Law Office of Christopher P. McDonnell**
748 Highway 18
East Brunswick, NJ  08816
Phone:  732-729-9200
Email:  Christopher.Mcdonnell@csi.cuny.edu

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| Tommy Gurrola | Case No. 1:14-cv-05567-JEI-KMW |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| | **WITHOUT PREJUDICE** |
| Source Mediation Services, LLC | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

hereby dismisses the present action without prejudice.  This notice is being filed before

Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all

parties.

RESPECTFULLY SUBMITTED,

By: /s/ Christopher P. McDonnell
Christopher P. McDonnell, Esq.
Law Office of Christopher P. McDonnell
One of Plaintiff's Attorneys
748 Highway 18
East Brunswick, NJ  08816
Phone:  732-729-9200
Email:  Christopher.mcdonnell@csi.cuny.

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2015, I electronically filed the foregoing Notice

through the Court's CM/ECF System.


/s/ Christopher P. McDonnell

2