**Christopher McDonnell, Esq.**
**ATTORNEY FOR PLAINTIFF**
**Law Office of Christopher P. McDonnell**
748 Highway 18
East Brunswick, NJ  08816
Phone: 732-729-9200
Email: Christopher.Mcdonnell@csi.cuny.edu

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| Tommy Gurrola<br><br>　　　Plaintiff,<br><br>v.<br><br>Source Mediation Services, LLC<br><br>　　　Defendant. | Case No. 1:14-cv-05567-JEI-KMW<br><br><br>**NOTICE OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

By: /s/ Christopher P. McDonnell
Christopher P. McDonnell, Esq.
Law Office of Christopher P. McDonnell
One of Plaintiff's Attorneys
748 Highway 18
East Brunswick, NJ  08816
Phone: 732-729-9200
Email: Christopher.mcdonnell@csi.cuny.

*SO ORDERED this 22nd day of January, 2015.*
*The Clerk of the Court is hereby ordered to CLOSE THIS FILE.*

*Joseph E. Irenas, S.U.S.D.J.*

1